**WHITE AND WILLIAMS LLP**
One Penn Plaza
18th Floor, Suite 1801
New York, New York 10119
Attorneys for Defendants,
Unum Provident Corporation and The Paul Revere Life Insurance Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| ISAAC GENUTH, | :   07 CV 6302 (DAB) |
| | : |
|                  Plaintiff, | :   **LOCAL RULE 7.1 STATEMENT** |
| | : |
|    v. | : |
| | : |
| UNUM PROVIDENT CORPORATION and THE | : |
| PAUL REVERE LIFE INSURANCE COMPANY, | : |
| | : |
|              Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York, the

undersigned attorneys of record for the Defendants certify that annexed hereto as **Exhibit 1** is a

schedule showing defendant's corporate parents, subsidiaries or affiliates that are publicly held.

Dated: September 20, 2007                  Respectfully submitted,

                                 By:  /S/ Andrew I. Hamelsky
                                    Andrew I. Hamelsky (AH-6643)
                                    WHITE AND WILLIAMS LLP
                                    Attorneys for Defendants
                                    One Penn Plaza, 18th Floor, Suite 1801
                                    New York, New York 10119
                                    (212) 244-9500



**Unum Group (DE)**

Date of last activity: March 1, 2007

Percentage of ownership is 100% unless otherwise indicated.
[1] 50% owned by Unum European Holding Company Limited and 50% owned by Unum Limited.
[2] 85.9% owned by UnumProvident Corporation; 10.1% owned by The Paul Revere Life Insurance Company and 4.0% owned by Unum Life Insurance Company of America.
[3] 80% owned by UnumProvident Corporation and 20% owned by UnumProvident Finance Company.
[4] 72% owned by Unum European Holding Company Limited and 28% owned by UnumProvident Finance Company.
[5] 99% owned by UnumProvident Corporation; 1% owned by Provident Investment Management, LLC

**NOTES**
Unum Japan Accident Insurance Company Limited sold all of its stock to Hitachi Capital Corporation on 01/15/2004.
Duncanson & Holt Agencies Limited was dissolved on 05/25/2004.
Options & Choices, Inc. became a wholly-owned subsidiary of GENEX Services, Inc. on 11/17/2004.
SP Administrator, LLC was dissolved on 11/24/2004.
Claims Service International, Inc. was dissolved on 11/24/2004.
Unum Development Corporation was dissolved on 12/01/2004.
Provident Insurance Agency, LLC was dissolved on 12/02/2004.
Unum Holding Company merged into UnumProvident Corporation on 12/22/2004.
Independent Review Services, Inc. was purchased by GENEX Services, Inc. on 08/31/2005.
LRG Services Limited was dissolved on 01/10/2006.
Tailwind Holdings, LLC was formed on 06/21/2006.
Tailwind Reinsurance Company was incorporated on 06/20/2006.
UnumProvident Corporation changed its name to Unum Group on 02/27/2007.
Genex Services, Inc. and all subsidiaries were sold effective 03/01/2007.