**WHITE AND WILLIAMS LLP**
One Penn Plaza, Suite 1801
New York, New York 10119
*Attorneys for Defendants Unum Provident Corporation
and The Paul Revere Life Insurance Company*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
ISAAC GENUTH,                       :   07 CV 6302 (DAB)
                                    :
            Plaintiff,              :   **STIPULATION OF DISMISSAL**
                                    :   **WITH PREJUDICE**
    v.                              :
                                    :
UNUM PROVIDENT CORPORATION and THE  :
PAUL REVERE LIFE INSURANCE COMPANY, :
                                    :
            Defendants.             :
------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Isaac Genuth and for Defendants UnumProvident Corporation and the Paul Revere Life Insurance Company, that pursuant to R. 41(a)(1) of the Federal Rules of Civil Procedure, the above-entitled action is dismissed, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       January 22, 2008

JAROSLAWICZ & JAROS                     WHITE AND WILLIAMS LLP
Attorneys for Plaintiff                 Attorneys for Defendants

By: _____           By: _____
ELIZABETH EILENDER                      ANDREW I. HAMELSKY
~~150 William Street~~ 225 Broadway, 24th Fl   One Penn Plaza, 18th Floor, Suite 1801
New York, New York ~~10038~~ 10007      New York, New York 10119
(212) 227-2790                          (212) 224-9500

**SO ORDERED:**

*Deborah A. Batts*
Deborah A. Batts, U.S.D.J. 2/14/08

Page 1 of 1

PHLDMS1 3885142v.1
**THIS DOCUMENT IS FOR SETTLEMENT PURPOSES ONLY.**